## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
              Plaintiff

    v.

CHARLES E. WEAVER
LORETTA L. WEAVER

Civil Action No: 05-1263

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 9ᵗʰ day of February 2006, it appearing by Plaintiff's Motion and

Affidavit, to the satisfaction of the Court, that the Defendant, Charles E. Weaver cannot, upon

diligent inquiry, be found so as to be personally served with the Notice of Sale, the object of

which is to foreclose on a real estate mortgage held by the Plaintiff, against real property

located within the Middle District of Pennsylvania, situated at 125 Steve Lane, Elizabethville, PA

17023

it is hereby ORDERED, ADJUDGED AND DECREED:

That the Notice of Sale be served on the Defendant, Charles E. Weaver by Plaintiff or its

agent by posting a copy of the Notice of Sale on the property to be foreclosed in accordance

with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a)

and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the

Defendant's last known address. Service shall be completed upon posting or upon mailing,

whichever occurs later.

                                               J.