# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:05-CV-1263** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **CHARLES E. WEAVER and LORETTA L. WEAVER.** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of June, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 15) to confirm the April 6, 2006, United States Marshal sale of the foreclosed real property located at 125 Steve Lane, Elizabethville, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to MONACOC REALTY TRUST, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of CHARLES E. WEAVER and LORETTA L. WEAVER in and to the premises sold located at 125 Steve Lane, Elizabethville, Pennsylvania, 17023. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge