## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:05-CV-1263 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHARLES E. WEAVER** and **LORETTA L. WEAVER,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 6th day of July, 2006, upon consideration of plaintiff's motion for disbursement of funds (Doc. 17) from the sale of real property located at 125 Steve Lane, Elizabethville, Pennsylvania, and it appearing that, pursuant to the order of court dated June 28, 2006 (Doc. 18), plaintiff has filed a supplemental motion for disbursement of funds (see Doc. 20), it is hereby ORDERED that the motion for disbursement of funds (Doc. 17) is DENIED.[1]

       /s/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge

---

[1] The court will rule on plaintiff's supplemental motion for disbursement of funds (Doc. 20) after receiving claims from any party of interest or other creditor. (See Doc. 18 ¶ 3 (permitting any party of interest or other creditor to file a statement of claim on or before August 4, 2006)).